UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick L. Doll,<br><br>                              Plaintiff,<br><br>v.<br><br>Wachovia Service Corporation et al.,<br><br>                              Defendants. | Case No.: 3:16-cv-00472-GPC-MDD<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE AND GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS** |

Plaintiff filed a pro se complaint on February 22, 2016.  ECF No. 1.  On February 29, 2016, this case was reassigned from Judge Marilyn L. Huff to Judge Gonzalo P. Curiel for all further proceedings.  ECF No. 3.  On March 30, 2016, Plaintiff filed a motion to amend, which was rejected for missing proof of service and noncompliance with Federal Rule of Civil Procedure 15, Civil Local Rule 7.1 or 47.1, and Civil Local Rule 5.1.  ECF No. 4.

On August 2, 2016, this Court issued an order to show cause and notice of hearing scheduled for September 2, 2016 for dismissal for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m).  ECF No. 5.  Rule 4(m) provides that an action be dismissed as to all named defendants not served with the summons and complaint, absent a showing of good cause why such service was not made.

On August 29, 2016, Plaintiff filed a request for a 180-day continuance.  ECF No. 7.  Plaintiff acknowledges that while Defendants have not yet been served, Plaintiff is attempting to locate Defendants and negotiate settlement with relevant Defendants.  *Id.*

For good cause shown, the Court will grant Plaintiff's request for an extension of time and will allow him until **Friday, October 28, 2016** to serve Defendants.  If Plaintiff fails to serve Defendants by October 28, 2016, his complaint will be subject to dismissal.

The hearing scheduled for 1:30 pm on Friday, September 2, 2016 in Courtroom 2D is vacated.

**IT IS SO ORDERED.**

Dated:  August 30, 2016

Hon. Gonzalo P. Curiel
United States District Judge