# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Hon. Gonzalo P. Curiel

| FROM: M. Lozano, Deputy Clerk | RECEIVED DATE: June 7, 2017 |
|---|---|
| CASE NO. 16cv0472-GPC-MDD | DOC FILED BY: Rick L. Doll |
| CASE TITLE: Doll v. Wachovia Service Corporation et al ||
| DOCUMENT ENTITLED: TILA Rescission (OSC) Order to Show Cause for Opposition to Dismissal for Want of Prosecution and Request for One Hundred Eighty Day Continuance ||

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Supplemental documents require court order.

Date Forwarded: **June 7, 2017**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: June 7, 2017

_____
Hon. Gonzalo P. Curiel
United States District Judge