UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick L. Doll,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Wachovia Service Corporation et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-00472-GPC-MDD<br><br>**ORDER DISMISSING ACTION FOR WANT OF PROSECUTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)** |

　　　This matter comes before the Court on the Court's second order to show cause for why the instant action should not be dismissed for want of prosecution. (Dkt. No. 11.)

　　　Plaintiff, proceeding *pro se*, filed a Complaint on February 22, 2016. (Dkt. No. 1.) On February 29, 2016, this case was reassigned from Judge Marilyn L. Huff to Judge Gonzalo P. Curiel for all further proceedings. (Dkt. No. 3.) On March 30, 2016, Plaintiff filed a motion to amend, which was rejected for missing proof of service and noncompliance with Federal Rule of Civil Procedure 15, Civil Local Rule 7.1 or 47.1, and Civil Local Rule 5.1. (Dkt. No. 4.)

　　　On August 2, 2016, this Court scheduled a hearing for September 2, 2016 and issued an order to show cause for why Plaintiff's case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 5.) Rule 4(m) provides that an action be dismissed as to all named defendants not served with the

summons and complaint, absent a showing of good cause why such service was not made.

On August 29, 2016, Plaintiff filed a First Amended Complaint. (Dkt. No. 9.) Plaintiff also filed a request for a 180-day continuance, *nunc pro tunc* to August 29, 2016. (Dkt. No. 7.) Plaintiff acknowledged that while Defendants have not yet been served, Plaintiff was attempting to locate Defendants and negotiate settlement with relevant Defendants. (*Id.*)

On August 30, 2016, the Court granted in part Plaintiff's request for an extension of time and allowed him until Friday, October 28, 2016—an extension of nearly two months—to serve Defendants. (Dkt. No. 8.) The Court warned Plaintiff that if he failed to serve Defendants by October 28, 2016, his complaint would be subject to dismissal.

Plaintiff did not comply with the Court's order. Nor did Plaintiff attempt to notify the Court of his inability to meet the Court's October 28, 2016 deadline. To this day, Defendants have not been served.

On May 15, 2017, over half a year after the October 28, 2016 deadline, the Court scheduled a hearing for June 16, 2017 and issued a second order to show cause for why Plaintiff's case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m). (Dkt. No. 11.)

In response to the Court's order to show cause, Plaintiff filed another request for a 180-day continuance, *nunc pro tunc* to June 7, 2017. (Dkt. No. 13.) Plaintiff again asserts that he has not had any success in requesting settlement negotiations with Defendants, and that Plaintiff has been attempting to locate Defendants, to no avail, in good faith. (*Id.*) Plaintiff further asserts that he will be out of town between June 12, 2017 and July 2, 2017 and has extensive knee surgeries scheduled for July 2017 and the early fall of 2017. (*Id.*)

A year and a half has elapsed since Plaintiff filed the instant lawsuit. Service has never been effected. Plaintiff has not been diligent in complying with the extended deadline for service imposed by the Court. Nor has Plaintiff, on his own initiative,

moved for an extension of time to serve Defendants—rather, months of inactivity pass before any sign that Plaintiff intends to pursue his case. In fact, Plaintiff's requests for extensions of time to effect service have arisen only in response to the Court's issuance of orders to show cause. Plaintiff has not shown good cause as to why this action should not be dismissed.

Accordingly, the Court **DISMISSES** this action for want of prosecution pursuant to Federal Rule of Civil Procedure 4(m). The hearing scheduled for June 16, 2017 is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 8, 2017

Hon. Gonzalo P. Curiel
United States District Judge